MARY N. McKEE, Appellant, v. RALPH H. McKEE, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

GILBERT C. JOHNSTON, Respondent, v. GEORGE M. DYOTT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

SAMUEL BLUM, as President of the UPHOLSTERERS UNION LOCAL No. 76, an Unincorporated Association, Respondent, Appellant, v. MANHATTAN UPHOLSTERING CO., INC., and Others, Appellants, Respondents.— Order so far as appealed from modified by enjoining defendants from employing any but members of the plaintiff's union, and as so modified affirmed, with ten dollars costs and disbursements to the plaintiff. No opinion. Settle order on notice. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

JAMES E. SCOTT, Respondent, v. ALBERT HEMMER, Appellant.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.   [131 Misc. 474.]

In the Matter of JOSEPH FRIEL, Deceased.— Order affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

PANSY DRESS CO., INC., Appellant, v. MIKE REITER and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of THE DEPARTMENT OF PUBLIC WORKS for and in Behalf of the MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Relative to Acquiring Title for Two Public Places or Parks on the East River to Certain Lands Bounded by 84th Street, 86th Street, Avenue B and East River, etc. In the Matter of the Application of GEORGE B. ACKERLY for an Order Directing the City Chamberlain to Pay to Him One-half of the Accumulated Income or Interest on the Sum of $51,002.15, Being Part of the Sum Originally Deposited in Court, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of Matter of Tucker (187 App. Div. 502; affd., 228 N. Y. 505). Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.